## ISBELL *vs.* THE STATE.

Where an appellant makes no point for the consideration of the supreme court, and the record presents no error, the judgment of the court must necessarily be affirmed.

### APPEAL FROM NEWTON CIRCUIT COURT.,

STRINGFELLOW, Atty. Genl. for the State.

If it be possible to draw a good indictment against one who violates the law concerning dram shops, then the indictment in this case was properly sustained.

Judge BIRCH, delivered the opinion of the court.

This was a prosecution for selling liquor without license, in which the defendant plead guilty, with the reliance, apparently, that the judgment would be arrested upon the grounds of his subsequent motion, which alleged the insufficiency of the indictment &c., as we find no brief in the case, and have been unable ourselves to detect any radical insufficiency in the indictment, the judgment of the circuit court is of course affirmed.